UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 25, 2010**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION
    Bonnie Barbareck, et al. v. Pharmacia & Upjohn Co., et al., )
        E.D. Missouri, C.A. No. 4:10-829                  )      MDL No. 1699


**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**


     A conditional transfer order was filed in this action (*Barbareck*) on May 26, 2010. Prior to expiration of that order's 14-day stay of transmittal, plaintiffs in *Barbareck* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-125" filed on May 26, 2010, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.


                                FOR THE PANEL:

                                Jeffery N. Lüthi
                                Clerk of the Panel