Gregory T. Mueller
Frank & Mueller, LLC
308 North 21st Street, Suite 401
St. Louis, MO 63103-1600
Telephone: (314) 421-2430
Facsimile: (314) 421-4404
Email: gmueller@fdmllc.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 10-3060 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Bonnie Barbareck, et al.,<br><br>                                    Plaintiffs,<br>vs.<br><br>Pharmacia & Upjohn Company, et al.,<br><br>                                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Bonnie Barbareck, Patricia Napier, Rose Redmond, Wilma Cody, Dolores Blunt, Elmer Williams, Anna Brushwitz, Steve Rinehart, Betty Ledbetter, Harvey Boschert, Mary Boyer, Barbara Robinson, Dorothy Hawes, Josephine Coleman, and Gennie Duncan, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own

-1-

attorneys' fees and costs.

DATED: _____, 2010     By: _____
                              GREGORY T. MUELLER 37115 MO
                              **Frank & Mueller, LLC**
                              308 North 21st Street, Suite 401
                              St. Louis, MO 63103-1600
                              Telephone: (314) 421-2430
                              Facsimile: (314) 421-4404

                              *Attorneys for Plaintiffs*

DATED: 12/3, 2010        By: /s/

                              **DLA PIPER LLP (US)**
                              1251 Avenue of the Americas
                              New York, New York 10020
                              Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501

                              *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Dec. 10, 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE